# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0616

_____

BRIAN M. CASEY,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 15, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian M. Casey, pro se, Petitioner.

No appearance for Respondent.